# CERTIFICATE OF DEATH

State File Number: 2024007678

## Latisha Marie Kennington

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | May 2, 2024 | Time of Death: | 23:54 |
| City of Death: | Salt Lake City | County of Death: | Salt Lake |
| Age: | 44 | Date of Birth: | ▓▓▓▓▓ 1980 |
| Place of Birth: | Salt Lake City, Utah | Sex: | Female |
| Armed Services: | No | Marital Status: | Never Married |
| Spouse's Name: | | Usual Occupation: | Homemaker |
| Industry/Business: | Own Home | Education: | 9th Through 12th Grade |
| Residence: | Afton, Wyoming | Father's Name: | Stephen Ray Kennington |
| Mother's Name: | Debra Joan King | Facility Type: | Hospital Inpatient |
| Facility or Address: | University of Utah Hospital | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Stephen Ray Kennington | Relationship: | Father |
| Mailing Address: | 255 E. 6th Ave., Afton, Wyoming 83110 | | |

### DISPOSITION INFORMATION

- Method of Disposition: Burial/Removal
- Place of Disposition: Afton City Cemetery, Afton, Wyoming
- Date of Disposition: May 11, 2024

### FUNERAL HOME INFORMATION

- Funeral Home: Jenkins-Soffe South Valley
- Address: 1007 West South Jordan Parkway, South Jordan, Utah 84095
- Funeral Director: Daxx O Stryker

### MEDICAL CERTIFICATION

Certifying Physician: Emily Beck MD, 50 North Medical Drive, Salt Lake City, Utah 84132

### CAUSE OF DEATH

Multiorgan Dysfunction Syndrome [Onset: 2 Days]
Due to (or as a consequence of): Acute hypoxemic respiratory failure with acute respiratory distress syndrome
Due to (or as a consequence of): Circulatory failure, distributive shock
Due to (or as a consequence of): Acute aspiration event
Other significant conditions: Decompensated cirrhosis, chronic cholecystitis, class III obesity, type 2 diabetes
Tobacco Use: Did not Contribute
Medical Examiner Contacted: Yes   Autopsy Performed: No   Manner of Death: Natural

Date Registered: May 6, 2024
Date Issued: May 7, 2024

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

*Linda S. Wininger, MSW, LCSW*
State Registrar



*0 6 7 8 2 6 2 3 9*

*Angela C. Dunn, MD, MPH*
Director/Health Officer
County/District Health Department



SALT LAKE COUNTY HEALTH DEPARTMENT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE